IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| **REGINALD KELLY,** ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 5:13-CV-423 (MTT) |
| ) | |
| **GEORGIA DEPARTMENT OF** ) | |
| **CORRECTIONS,** *et al.*, ) | |
| ) | |
| Respondents. ) | |
| ) | |

## ORDER

This matter is before the Court on the Recommendation (Doc. 14) of United States Magistrate Judge Stephen Hyles on the Defendants' motion to dismiss (Doc. 9) Petitioner Reginald Kelly's petition for writ of habeas corpus (Doc. 1) seeking federal habeas corpus relief pursuant to 28 U.S.C. § 2241.  The Magistrate Judge recommends granting the Defendants' motion because the Petitioner failed to exhaust his state remedies prior to filing his petition, and the Petitioner has not shown cause to excuse his lack of exhaustion.[1]  The Petitioner did not file an objection to the Recommendation.

The Court has reviewed the Recommendation, and the Court accepts and adopts the findings, conclusions and recommendations of the Magistrate Judge.  The Recommendation is adopted and made the order of this Court.  The Defendants' motion is **GRANTED**, and the Petitioner's motion for credit for time served (Doc. 12) is **DENIED as moot**.  Further, pursuant to the Magistrate Judge's Recommendation, a certificate of appealability is **DENIED**.

---

[1] The Petitioner has since filed a writ of mandamus in state superior court.  (Doc. 12 at 4-8).

**SO ORDERED**, this the 29th day of August, 2014.

              S/ Marc T. Treadwell
              MARC T. TREADWELL, JUDGE
              UNITED STATES DISTRICT COURT